IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEVIN WILLIAMS,**                                                                       **PLAINTIFF**
**ADC #551775**

v.                                           **5:12-cv-00265 KGB**

**CURTIS MEIZNER, Warden, Varner**
**Super Max, Arkansas Department of**
**Correction;** *et al.*                                                                **DEFENDANTS**

### ORDER

Plaintiff's Motion to Dismiss his Complaint against Defendants (Dkt. No. 6) is GRANTED.

An appropriate Judgment shall accompany this Order.

SO ORDERED this 20th day of August, 2012.

_____
Kristine G. Baker
United States District Judge