**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KEVIN WILLIAMS,**                                                                      **PLAINTIFF**
**ADC #551775**

**v.**                                    **5:12-cv-00265 KGB**

**CURTIS MEIZNER, Warden, Varner**
**Super Max, Arkansas Department of**
**Correction;** *et al.*                                                                **DEFENDANTS**

**<u>JUDGMENT</u>**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief sought is

denied.

SO ORDERED this 20th day of August, 2012.

_____
Kristine G. Baker
United States District Judge