# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KEVIN WILLIAMS,** **PLAINTIFF**
**ADC #551775**

**v.**     **5:12-cv-00265 KGB**

**CURTIS MEIZNER, Warden, Varner**
**Super Max, Arkansas Department of**
**Correction;** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

SO ORDERED this 20th day of August, 2012.

*/s/ Kristine G. Baker*

Kristine G. Baker
United States District Judge